IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

AMANDA LEWIS,

      Appellant,

v.

BOARD OF NURSING, STATE
OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5386

_____/

Opinion filed August 4, 2016.

An appeal from a Florida Department of Health, Board of Nursing Final Order.

William E. Strickland, Strickland Law, Tallahassee, for Appellant.

Sarah Young Hodges, Florida Department of Health, Prosecution Services Unit.

PER CURIAM.

      AFFIRMED.

LEWIS, OSTERHAUS, and WINSOR, JJ., CONCUR.